**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Argenis Aracena Dominguez, | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:24-cv-00530 |
| | § | |
| v. | § | |
| | § | |
| Experian Information Solutions, Inc., | § | |
| Defendant. | § | |

## NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

**PLEASE TAKE NOTICE THAT** Plaintiff Argenis Aracena Dominguez and Defendant

Experian Information Solutions, Inc., have reached a settlement in principle of the above captioned

case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal

of Experian Information Solutions, Inc. within 90 days once the settlement is finalized.

Dated: August 20, 2024

*/s/ Joshua B. Lane*
Joshua B. Lane
Texas Bar No. 24092665
Schumacher Lane PLLC
P.O. Box 558
Spring Branch, TX 78070
210-541-2154 ph
210-783-1383 fax
josh@schumacherlane.com
Attorneys for Plaintiff