**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Argenis Aracena Dominguez, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:24-cv-00530 |
| | § | |
| Experian Information Solutions, Inc., | § | |
| Defendant. | § | |

### PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

**PLEASE TAKE NOTICE THAT** Plaintiff Argenis Aracena Dominguez, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Experian Information Solutions, Inc., with prejudice, only as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1)     By the Plaintiff

(A)     Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)      a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Experian Information Solutions, Inc. has neither filed an answer to Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant Experian Information Solutions, Inc. may be dismissed from the Complaint for all purposes and without an Order.

**SCHUMACHER LANE PLLC**

Dated: November 18, 2024

*/s/ Joshua B. Lane*
Joshua B. Lane
Texas Bar No. 24092665
P.O. Box 558
Spring Branch, TX 78070
210-541-2154 ph
210-783-1383 fax
Attorneys for Plaintiff