IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ARGENIS ARACENA DOMINGUEZ, §
§
Plaintiff, §
§
v. §                     1:24-CV-530-RP
§
EXPERIAN INFORMATION SOLUTIONS, §
§
Defendant. §

## ORDER

On November 18, 2024, Plaintiff dismissed all claims in this case with prejudice. (Dkt. 6).
Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a
notice of dismissal before the opposing party serves an answer or a motion for summary judgment.
Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary
judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no
order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th
Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 21, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE